UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-111-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| HADEEL AINSLEY BARROWS | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the instant Indictment against the above-captioned defendant due to the following:

The defendant was placed in the Pretrial Diversion Program on November 1, 2022. The defendant has now completed all requirements of the program. As a result of his compliance, the United States respectfully submits that the dismissal of the Indictment is warranted.

[remainder of page intentionally left blank]

Respectfully submitted, this 25th day of October 2023.

MICHAEL F. EASLEY, JR
United States Attorney

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone (919) 856-4909
Fax (919) 856-4487
sebastian.kielmanovich@usdoj.gov
N.C. Bar # 32775

Leave of Court is granted for the filing of the foregoing dismissal.

Terrence Boyle
TERRENCE W. BOYLE
United States District Judge

Date: 10-26-23